Gmail

Peter Chiykowski <p.chiykowski@gmail.com>

## Book printing recommendations for runs of 1.5-3k

20 messages

---

**Peter Chiykowski** <p.chiykowski@gmail.com>                    24 March 2017 at 14:46
To: marc@goldenbellstudios.com

Hey Marc,

I was hoping to quickly check in with you about the printers you work with and see if there are any you might recommend for print runs of 1,500-3,000 books.

I'm printing 3 books over the next couple months (in quantities ranging from 1,500 to 3,000 copies per book), and the printer I usually work with (Print Ninja) hasn't been giving me great quotes on the project compared to what they offered in previous years.

The books are perfect bound, 5" x 7.5" landscape trimmed with 180 full-colour pages. I'd also need to split the run to have 200ish hardcover copies of each book, but the interiors would be identical (except I'd love to include endpapers in the hardcover if possible).

I feel like your printers might be used to handling larger runs, but if this is in their range, I'd love to see what kind of pricing they might be able to offer, just as an option.

Let me know if you might be able to help me out with this and if you'd need more specs to proceed. Or if you're busy with other stuff, I totally get that and no worries!

Cheers and hope all is well!

**Peter Chiykowski**
Chief Thingmaker, *Rock, Paper, Cynic*
http://rockpapercynic.com
Facebook | Twitter | Insta | YouTube

---

**Marc Goldner** <marc@goldenbellstudios.com>                    25 March 2017 at 08:52
To: Peter Chiykowski <p.chiykowski@gmail.com>

Absolutely we can help out. Print Ninja uses one of our factories actually lol

Let me know if you're free today. We can discuss

1) Your books and our printer
2) Contract
3) the idea that is going to make turtles the most unique board game and crazy merchandise campaign ever!

Talk to you soon buddy and hope you feel better.

Best,
Marc

[Quoted text hidden]

---

**Peter Chiykowski** <p.chiykowski@gmail.com>                    25 March 2017 at 22:18
To: Marc Goldner <marc@goldenbellstudios.com>

Hey Marc!

I just got back from a day-long writers conference and promised Jasmine we'd actually get some alone time together tonight.

Would tomorrow be okay for you? Just let me know what time works for you and we'll make it happen!

[Quoted text hidden]

---

**Peter Chiykowski** <p.chiykowski@gmail.com>              26 March 2017 at 20:36
To: Marc Goldner <marc@goldenbellstudios.com>

Hey Marc!

Let me know if you've got time for a call today (or tomorrow if that's easier). I'm out from 6:45-10:30 tonight, but otherwise available!

Cheers and take care!

**Peter Chiykowski**
Chief Thingmaker, *Rock, Paper, Cynic*
http://rockpapercynic.com
Facebook | Twitter | Insta | YouTube
[Quoted text hidden]

---

**Marc Goldner** <marc@goldenbellstudios.com>              27 March 2017 at 00:38
To: Peter Chiykowski <p.chiykowski@gmail.com>

1030pm EST?

Best,
Marc Goldner
Founder & C.E.O.
www.GoldenBell.TV

Sent from my iPhone 7 Plus

This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system.  Thank you.
[Quoted text hidden]

---

**Peter Chiykowski** <p.chiykowski@gmail.com>              27 March 2017 at 02:38
To: Marc Goldner <marc@goldenbellstudios.com>

That'd be perfect! Talk in an hour?
[Quoted text hidden]

---

**Peter Chiykowski** <p.chiykowski@gmail.com>              29 March 2017 at 18:16
To: Marc Goldner <marc@goldenbellstudios.com>

Hi Marc!

Thanks again for your help, advice and insight during our call!

I'd love your help sourcing a quote for 3 books which all have the exact same specs except for page count and quantities:

**Specs:**
Height: 5"
Width: 7.5" (landscape)
Binding: Perfect (softcover) & hardcover variant
Printing: Full color
Inside page count: VARIOUS (see below)
Paper weight: 85 lb. text
Paper Finish: Matte Lamination
Cover Paper Coating: Matte

Cover weight: 12 pt cover

**Page counts and quantities:**

Book 1: The HMS Bad Idea
180 interior pages
2,000 softcovers
75 hardcovers

Book 2: Is It Canon?
172 interior pages
2,000 softcovers
200 hardcovers

Book 3: Be a Turtle
172 interior pages
3,000 softcovers
200 hardcovers

I'm still figuring out my warehousing options, so I don't know how many of each book will be shipping to each destination, so I'd just love to get printing costs for now.

I just realized that on the Kickstarter I said I'd be trying to deliver by the end of August. I'm comfortable missing that deadline if it gives me more quality control over the books and I can plan to include a bonus to make it up to backers.

However, I only need a small number of books to fulfill the Kickstarter, which means we might be able to air freight those items. Do you think it would be viable to air freight the following:
130 softcover copies of book #1,2,3
75 hardcovers of #1 and 130 copies of #2 and #3

It would be to this address:

Peter Chiykowski
1535 Bathurst St., Apt. 201
Toronto, Ontario M5P 3H5
Canada

Thanks so much and let me know if you'd like to do a quick call to talk it through.

Thanks!

**Peter Chiykowski**
Chief Thingmaker, *Rock, Paper, Cynic*
http://rockpapercynic.com
Facebook | Twitter | Insta | YouTube
[Quoted text hidden]

---

**Peter Chiykowski** <p.chiykowski@gmail.com>     29 March 2017 at 18:53
To: Marc Goldner <marc@goldenbellstudios.com>

Oh, and there would be printing on the inside cover as well, in case that matters! For the hardcovers, there would be endpapers.
[Quoted text hidden]

---

**Marc Goldner** <marc@goldenbellstudios.com>     1 April 2017 at 05:27
To: Peter Chiykowski <p.chiykowski@gmail.com>

Quote is being run now. Factory is at the Bologna book fair so it'll be about a week. I've sent the contract in the meantime VIA HelloSign!

Best,
Marc
[Quoted text hidden]

**Peter Chiykowski** <p.chiykowski@gmail.com>                                      1 April 2017 at 21:31
To: Marc Goldner <marc@goldenbellstudios.com>

Hi Marc!

Thanks so much for getting this underway! I really appreciate it!

**Peter Chiykowski**
Chief Thingmaker, *Rock, Paper, Cynic*
http://rockpapercynic.com
Facebook | Twitter | Insta | YouTube
[Quoted text hidden]

---

**Marc Goldner** <marc@goldenbellstudios.com>                                      1 April 2017 at 21:46
To: Peter Chiykowski <p.chiykowski@gmail.com>

Of course! Do you have a customs bond and a freight forwarder?

Best,
Marc Goldner
Founder & C.E.O.
www.GoldenBell.TV

Sent from my iPhone 7 Plus

This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system.  Thank you.
[Quoted text hidden]

---

**Peter Chiykowski** <p.chiykowski@gmail.com>                                     22 April 2017 at 07:13
To: Marc Goldner <marc@goldenbellstudios.com>

Hi Marc,

Ack, I just realized I never answered this question, which might be holding up the quote.

No, I don't have a customs bond or freight forwarder. Let me know what you'd recommend to do about that.

Thanks so much!

**Peter Chiykowski**
Chief Thingmaker, *Rock, Paper, Cynic*
http://rockpapercynic.com
Facebook | Twitter | Insta | YouTube
[Quoted text hidden]

---

**Peter Chiykowski** <p.chiykowski@gmail.com>                                     29 April 2017 at 16:13
To: Marc Goldner <marc@goldenbellstudios.com>

Hey Marc!

I just thought I'd check in and see if the factories had gotten back to you.

Thanks again so much for looking into this. I really appreciate it!

Peter
[Quoted text hidden]

---

**Marc Goldner** <marc@goldenbellstudios.com>               30 April 2017 at 07:17
To: Peter Chiykowski <p.chiykowski@gmail.com>

We could theoretically import it for you. We'll discuss

Best,
Marc Goldner
Founder & C.E.O.
www.GoldenBell.TV

Sent from my iPhone 7 Plus

This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system.  Thank you.

[Quoted text hidden]

---

**Marc Goldner** <marc@goldenbellstudios.com>               4 May 2017 at 11:32
To: Peter Chiykowski <p.chiykowski@gmail.com>

Hey Peter! We are underway with 12 books being printed this week. Bobby is in Shenzhen overseeing everything now as we speak. I am waiting on a second round of quotations from them which I still don't have. Yours is in that batch. How immediate do you need this printed?

[Quoted text hidden]

---

**Peter Chiykowski** <p.chiykowski@gmail.com>               4 May 2017 at 15:11
To: Marc Goldner <marc@goldenbellstudios.com>

Hi Marc,

Thanks for checking in! I sent Jason the TRA overlay and some rough board mock ups last night and we're going to hammer out a few design ideas before we send stuff your way. It's looking really good!

I'll be revising the turtle plushie mock-up today and showing you guys some alternate expressions.

I'd originally estimated August as a delivery date for the books, but I've accepted that by sourcing new quotes, I'll be missing that initial deadline, which I am okay with.

That being said, this will be the first of my 4 Kickstarters I'm planning to deliver late, so I'd love to get the quote/printing going as quickly as possible and close as much of that delivery gap as possible. That's also why I'm interested in air-mailing just enough books to fulfil the Kickstarter--again to close the gap as much as we can.

Realistically, how early might we be able to move on this?

Thanks so much!

Peter Chiykowski
Chief Creative, *Rock, Paper, Cynic*
http://rockpapercynic.com
Facebook | Twitter | Insta | YouTube
[Quoted text hidden]

---

**Peter Chiykowski** <p.chiykowski@gmail.com>               24 May 2017 at 23:52
To: Marc Goldner <marc@goldenbellstudios.com>

Hi Marc!

I thought I'd follow up and see if you'd heard anything from the printers about the quote. I'm hoping to get this off to print soon if possible!

Cheers!

**Peter Chiykowski**
Chief Thingmaker, *Rock, Paper, Cynic*
http://rockpapercynic.com
Facebook | Twitter | Insta | YouTube
[Quoted text hidden]

---

**Marc Goldner** <marc@goldenbellstudios.com>                                    26 May 2017 at 17:42
To: Peter Chiykowski <p.chiykowski@gmail.com>

I've asked for a quote again. They have been extremely slow. We aren't sure why. They are producing ten of our books simultaneously so probably that is the delay. I will push her tonight.
[Quoted text hidden]

---

**Peter Chiykowski** <p.chiykowski@gmail.com>                                    26 May 2017 at 18:10
To: Marc Goldner <marc@goldenbellstudios.com>

Awesome, thanks so much for following up with her!
[Quoted text hidden]

---

**Marc Goldner** <marc@goldenbellstudios.com>                                    26 May 2017 at 18:12
To: Peter Chiykowski <p.chiykowski@gmail.com>

Dont mention it!
[Quoted text hidden]