**Turtles,Turtles & Turtles**
Marc, Rachel, Robert, You

2. They only take wire transfer (I'm thinking if we can take credit card from u that may actually work and I can wire them the money) that MAY work lemme know how much u can wire vs how much u need on credit card    3:13 AM

Peter, we need to know if it was your or Apur told Megan about Unipegasuaurs. We have signed agreements with her and now they're being interfered with. Please let us know right away as this is a very serious violation. Thanks.    7:17 PM

Marc Goldner

142 KB

Type a message



**Turtles,Turtles & Turtles**
Marc, Rachel, Robert, You

> Just so you know we did have this wayyyy before we had met you guys.   7:20 PM

> When are you free? We should probably have a talk about this because its clearly an issue if you're going to Jason about some of this and not to us. Any trademarks we've applied for we legally own and have the right to contractually.   7:36 PM

> Hi Marc. Yes, last week I saw Turtles Riding Airships on a public trademark listing and I was surprised to also see Unipegasaurus and that dinosaur character on that list. I then asked Jason and Megan if they had trademark

Type a message

  
> Megan if they had trademark agreements with you, purely for my own information. I didn't say anything to them with the intention to encourage them to break any contracts that they had with you
>
> I reread my contract and don't believe that I've done anything in violation, but please let me know if I'm mistaken.   7:38 PM ✓✓

**Marc Goldner**

Okay I believe you, I understand. I do apologize if you think we did anything secretly. I just want to know how/why you had looked up the TM for Turtles Riding AIr-ships? Like anything specifically prompted you to do this?

We have signed agreements with jason and with Megan. I spoke with Jason and he is aware of our



**Turtles,Turtles & Turtles**
Marc, Rachel, Robert, You

We have signed agreements with jason and with Megan. I spoke with Jason and he is aware of our contract with Megan and obvioulsy with him. We didn't mean it that you are in a breach but we are having some major issues with Apur. I sent a picture above just so you know that we had stumpy the dinosaur prior to meeting you.I have notes from PAX East dated that the character name Jason had in mine was "Stubby" the dinosaur not "Stumpy".    7:45 PM

Not trying to be difficult at all but Megan is now posing some major problems for us and we've spoken with Jason about it, we are going to have to pursue legal action against her for breach of contract and its not good for anyone.
7:46 PM

Robert Gross

Type a message



**Turtles, Turtles & Turtles**
Marc, Rachel, Robert, You

**Robert Gross**
*had in mind      7:46 PM

**Marc Goldner**
She's deleted Jason from Facebook, we aren't making up a signed contract with her. We never forced her to sign ANYTHING. It is very insulting      7:47 PM

We really love her work as an artist but what she is doing is going to cause herself major legal problems for years that could result in the loss of a lot of her assets and IP which we've told her      7:47 PM

Shit, I am so sorry to hear that! :(

I wasn't trying to cause any problems like that I was just curious more than anything      7:54 PM

Type a message

**Turtles, Turtles & Turtles**
Marc, Rachel, Robert, You

**Marc Goldner**

You should have asked us; if there were legal questions please come to us next time because this has now caused us thousands in legal fees that megan is now responsible for contractually. I understand you were being nice but we could have told you that there were issues between jason and Megan's agreement before starting a lawsuit.   7:55 PM

Fuck, I had no idea and I feel really shitty about all of this   7:59 PM

**Marc Goldner**

You may want to talk to her Bc this could all have been avoided. We offered her the best deal (better then jason) it's crazy that she signed it and then just disappeared. If u guys are friends probably recommend her course



**Turtles,Turtles & Turtles**
Marc, Rachel, Robert, You

of action is going to prove to be detrimental to her whole business Bc she's damaging us   8:08 PM

We're not here to fuck anyone she's like paranoid. She was paid over 10k and honestly should be super freaking happy, you know we aren't late on payments and say what we're going to do. Idk what her whole issue is.   8:09 PM

We are going to protect the brands that we've paid for even if that means taking her assets.   8:10 PM

Up to you though that's her choice.
8:10 PM

Was there a specific concern you had abt anything that u wanna talk abt that u called em   9:01 PM

I don't feel comfortable getting involved with anything going on with Megan at this point



**Turtles, Turtles & Turtles**
Marc, Rachel, Robert, You

> I'm not super close with her and it's clear there are a lot of intricacies here I don't understand
>
> Jasmine and I have a friend over for dinner tonight but let me get back to you tomorrow with some more context
> 10:34 PM

**Marc Goldner**
That's quite alright no problem
10:34 PM

**Marc Goldner**
Hey peter if there's anything u wanna tell me nows the time Bc we're filing suit tomorrow   11:59 PM

If not it's okay   11:59 PM

NOVEMBER 29, 2017

**Marc Goldner**
We're giving her one last chance to work w us and cooperate or we just have to escalate it   12:00 AM

 **Turtles,Turtles & Turtles**
Marc, Rachel, Robert, You

> Otherwise with Printing the factory said MOQ is 1,000
> 12:55 AM

**NOVEMBER 30, 2017**

> Sorry I took so long to get back to you! I just sent you a long email explaining what I know and suggesting some ideas going forward on the book
> 2:30 AM

> Sorry, I didn't read these messages until now, and I'm sorry things are escalating with Megan
>
> Im going to try to catch up on the emails you sent me too before I go to bed, but I hope I covered everything in the email
> 2:33 AM

> Megan unfriended me on Facebook today. Even if I knew what to say to her I don't think she'd hear me out
> 2:33 AM

It sucks that things are going

**Turtles,Turtles & Turtles**
Marc, Rachel, Robert, You

> It sucks that things are going this way :(
> 2:35 AM

**Robert Gross**
Yeah :(
Working and Mac will respond but we'll be better too. I didn't know about anything really with legal. More purely on the content side so there's some teething issues here. Anyways, I'll be better too
2:37 AM

**Marc Goldner**
Email sent @Peter Chiykowski :)
3:13 AM

@Peter Chiykowski I knew i forgot one thing in my email. Im sorry the sampling for the turtle has taken so long I feel like it's so nearly perfect and I was obsessed with it being perfect for the book ad. That is definitely a fuck up on my part. We all can blame