USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peter Chiykowski,<br><br>               Plaintiff,<br><br>  –v–<br><br>Marc Goldner, *et al.*,<br><br>               Defendants. | 19-cv-2272 (AJN)<br><br>19-cv-5491 (AJN)<br><br>ORDER |
| Alexander Norris,<br><br>               Plaintiff,<br><br>  –v–<br><br>Marc Goldner, *et al.*,<br><br>               Defendants. | |

ALISON J. NATHAN, District Judge:

      In light of the defendants' consented-to request to adjourn the post-discovery conference in *Norris v. Goldner, et al.*, Case No. 19-cv-5491, Dkt. No. 47, the post-discovery conference in both matters is hereby ADJOURNED to June 11, 2021 at 3:00 p.m.

      SO ORDERED.

Dated: May 4, 2021
       New York, New York

                                              ALISON J. NATHAN
                                           United States District Judge